**David M. WECHSLER, Petitioner**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2007–3104.

United States Court of Appeals, Federal Circuit.

July 8, 2008.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this petition for review from *Wechsler v. Navy,* MSPB No. DC0752060463–I–1,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All remaining motions are moot.

(3) Each side shall bear its own costs.